# The Zweig Law Firm P.C.

JONAH S. ZWEIG
NAFTALI I. ZWEIG
DANIEL FELDMAN
MICHAEL GOITEIN
ATTORNEYS AT LAW

February 24, 2022

**Via ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Initial pretrial conference is adjourned from February 28, 2022 to April 29, 2022 at 11:00 a.m. The conference will proceed telephonically.   Dial-In No.:  1-888-363-4749, Access Code:  3667981.
> SO ORDERED.
> Dated:  2/24/2022
>
> P. Kevin Castel
> United States District Judge

Re:  *Tyshawn Mitchell v. The City of New York, et al.*
      Docket No. 1: 21-cv-7278

Dear Honorable Castel:

    Please be advised that the office of the undersigned represents the plaintiff, Tyshawn Mitchell, in the above referenced matter. I write to inform the Court that counsel for all parties have consented to an extension of the February 28, 2022 deadline set for the court's pre-discovery conference, and we respectfully request that an adjournment to April 25, 2022 be granted.

    The availability of the Plaintiff has led to some difficulty in obtaining authorization for the release of records requested by Defendants in order for this case to proceed as a Plan Case, and the parties therefore request the adjournment to afford sufficient opportunity to conduct the initial handling of this matter. No prior request for an adjournment has been made.

    We thank the Court for its consideration.

Respectfully,

Jonah S. Zweig, Esq.

Cc: All counsel of Record (Via ECF)

**JZWEIG@ZWEIGPC.COM**
P: 718.971.9716 Ext 1
F: 718.233.9847
**WWW.THEZWEIGLAWFIRM.COM**
999 CENTRAL AVENUE, SUITE 100-D
WOODMERE, NEW YORK 11598