

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

RICHARD BAHRENBURG
*Senior Counsel*
phone: (212) 356-2557
fax: (212) 356-3509
rbahrenb@law.nyc.gov

June 24, 2022

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10013

Conference adjourned from 6/27/22 to 9/9/22 at 12 p.m.
SO ORDERED.
6/24/2022

P. Kevin Castel
United States District Judge

Re:   Tyshawn Mitchell v. The City of New York, et. al.,
      21-Civ-7278 (PKC)

Your Honor:

   I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendant City of New York (hereinafter "Defendant City") in the above-referenced matter.[1] I write jointly with Plaintiff's counsel to request an adjournment of the initial pretrial conference *sine die* until a time after mediation has completed. This is the parties' second joint request for an adjournment of the initial conference and third overall request to adjourn the initial conference.

   By way of background, on May 31, 2022, this matter was referred to mediation immediately following Defendants' Answer to the Complaint. See Civil Docket Entry, at Docket Entry dated May 31, 2022. On June 13, 2022, a mediator was assigned to this case. The parties conferred on June 23, 2022 and are hopeful that this matter may be resolved by mediation. As such, the parties respectfully submit that an initial conference would not be a fruitful use of the Court's time and resources. Thus, the parties jointly request that the initial conference currently scheduled for June 27, 2022 be adjourned *sine die* to a date after the completion of mediation.

---

[1] This matter is assigned to Assistant Corporation Counsel Luc C. Pierre-Louis who is currently awaiting admission to the Southern District of New York and is handling this case under my supervision. Mr. Pierre-Louis can be reached at 212-356-2663 or lupierre@law.nyc.gov.

The parties thank the Court for its consideration.

>Respectfully submitted,
>
>*Richard Bahrenburg* /s/
>
>Richard Bahrenburg
>Senior Counsel
>Special Federal Litigation Division

<u>Cc: All Counsel via ECF.</u>